Moss Point Police Department
4200 Bellview Ave
Moss Point, MS 39563

## CITATION ENCLOSED

## NOTICE OF SPEED VIOLATION

Your vehicle was photographed speeding by an on-scene Moss Point Police Department officer in violation of Moss Point ordinance 36-3.

Participation in the diversion program is deemed an admission of guilt and waiver of your right to appeal. Failure to deal with this citation may result in this being forwarded to a collections company, which could result in additional penalties.

JENNIFER KILGORE
8218 DAP RD
MOSS POINT, MS 39562

### QUESTIONS?

If you have questions concerning this violation, view the FAQ online at **www.CourtPayOnline.com** or call **1-855-606-8587**.

## THREE OPTIONS TO ADDRESS THIS CITATION:

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at **www.CourtPayOnline.com**. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.
2. Contest this citation by visiting **www.CourtPayOnline.com** or calling **1-855-606-8587** to schedule your date to appear in court.
3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

*If you have questions about this citation, call* **1-855-606-8587** *or visit* **www.CourtPayOnline.com**.

---

## SECURELY PAY OR VIEW ONLINE

VISA  MasterCard  AMEX  DISCOVER

| VIOLATION AMOUNT: | $ 230.00 | DUE DATE: | 01/27/2025 |
| --- | --- | --- | --- |
| CITATION #: | MSP79711 | ACCESS PIN#: | 685426 |

Pay your violation by credit card, e-Check or clip and mail check or money order made out to **IS-CITY OF MOSS POINT** with bottom section:

**www.CourtPayOnline.com**

VISIT the website or SCAN the QR CODE with your mobile device to access citation information.

### SCAN & PAY

EXHIBIT
A

IS-CITY OF MOSS POINT
PO BOX 1977
RIDGELAND, MS 39158