# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| COUNTY OF: | JACKSON | AGENCY CODE | 3003 | (NINE DIGIT TICKET NUMBER) 000079711 |
|---|---|---|---|---|
| JUDICIAL DISTRICT | ☒ 1  ☐ 2 | | | |

LOCATION OF VIOLATION: 4900 Main Street 4900 Main Street LOC01
AT/NEAR: 
HWY:

| DAY | DATE | TIME | ACCIDENT | DISTRICT | PRECINCT |
|---|---|---|---|---|---|
| WED | 12/18/2024 | 14:00 PM | ☐ YES ☒ NO | 8 | |

DEFENDANT: JENNIFER KILGORE

LICENSE ADDRESS: 8218 DAP RD
CITY: MOSS POINT  STATE: MS  ZIP CODE: 39562

DRIVER'S LICENSE NUMBER / CLASS / STATE / SEX / RACE / DATE OF BIRTH

VEHICLE LICENSE NUMBER: JHV804  STATE: MS  YEAR:  MAKE: FORD  MODEL: FORD_EXPLORER  TYPE:

Defendant's current address _____
Defendant's current telephone number _____



| Location: | 4900 MAIN STREET | Make: | FORD |
|---|---|---|---|
| Date/Time: | 12/18/2024 2:00 pm | Plate Number: | JHV804 |
| Posted Speed: | 35 MPH | Vehicle Speed: | 48 MPH |
| Badge #: | MP107 | Approver: | SANCHEZ |

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(Check Only One Offense Each Ticket)

| Speed | Zone |
|---|---|
| 48 | 35 |

- ☒ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ N50 Improper Turn
- ☐ D36 No Proof Of Liability Insurance
- ☐ Other Violation - [Code Section _____]

Explanation:
- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
- ☐ Violation Pursuant To Commercial Driver's License Law
- ☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT/OFFICER'S SIGNATURE: Officer Signature on File   UNIT/BADGE #: MP107

SWORN TO BEFORE ME THIS THE ____ DAY OF ____ 20 ____
CLERK ____

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the 05 day of Feb 20 25 at 02:00 at the

Court's Physical Address: 4200 BELLVIEW AVE MOSS POINT MS 39563

Court's Mailing Address: _____
Court's Telephone Number: _____

### THREE OPTIONS TO ADDRESS THIS CITATION:

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at www.CourtPayOnline.com. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.
2. Contest this citation by visiting www.CourtPayOnline.com or calling 1-855-606-8587.
3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

(This copy must be filed with the Court or Court Clerk)
CASE ____ PAGE ____ DOCKET ____
07-09

NOTICE TO VIOLATOR

EXHIBIT "B"

The original of this ticket is an affidavit and the charge noted on the face of such is officially lodged with the court when the issuing officer files same with the court.

This ticket may be disposed of by mail or personal appearance on or before the appearance date as noted. However, you have a right to a trial if you so desire.

State statutes permit persons charged with an offense against traffic laws of this state in most cases, to deposit the driver's license with the arresting officer or court in lieu of any other security to ensure said persons appearance in court wherein such charges are filed. If you elect to deposit the license as provided, and if the block is checked indicating the drivers license is deposited, this ticket with serve as a valid driver's license, but in no case shall it be in force and effect for a period of more than thirty, (30) days from the date of the issuance of this ticket. Failure to appear or contact the court by the date specified will result in the suspension of the license deposited. Making application for a duplicate license during the period when the original license is posted for an appearance may result in an additional misdemeanor charge.

State law does permit persons charged with traffic violations, in most cases, to dispose of such charge by mail or personal appearance on or before the appearance date as noted on the ticket. If you pay your fine in advance it shall constitute a waiver of further charges, arraignment and trial or if you post cash bail bond and default on your appearance and the court so elects to forfeit the bond in payment of the judgement rendered, such action shall be tantamount to entry of a plea of nolo contendere by you on the charges made against you and the court may convict you of the offense stated on the ticket without further appearance by you. If you desire to dispose of this ticket by mail, contact the Municipal Court Clerk or the Justice Court Clerk noted on the front side, referring to the ticket's number, your name as it appears on the ticket address, etc., and inquire as to the amount of fine which may be assessed. Be sure to give your correct address and zip code so that you may be notified promptly of the fine required.