

# Speeding Violation Transfer

Citation #: _____     Issuing Municipality: _____

First Name: _____  Middle: _____  Last: _____

Current Address: _____

City: _____  State: _____  Zip Code: _____

Email Address: _____  Phone #: _____

**Please be aware**: By signing this form, you are authorizing **IntelliSafe** to provide the court with all existing paperwork and evidence that has been recorded. This action will transfer the listed assignee under the authority of the court, and any/all judgements the court deems appropriate. By allowing the transfer of documentation, you will **no longe**r be allowed access to the Diversion Program or the benefits that it provides. If you are to be found guilty of this listed offense by the court, the assignee will be subject to the court's summary judgment along with any costs and/or fees that are dictated by the court for this violation. Any further communications regarding this violation will be handled by the recipient court that will be presiding over this matter.

Signature: _____     Date: _____



EXHIBIT "C"