IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION


JENNIFER KILGORE, and SHIRLEY HOWARD
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                          PLAINTIFFS


VERSUS            CIVIL ACTION NO.:1:25-cv-55-LG-RPM


THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT
AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL
AND ELECTED CAPACITY AND THE MOSS POINT
CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY,
INTELLISAFE, LLC, JOHN DOES 1-10, AND
ACME COMPANIES 1-10
                                                   DEFENDANTS


**RESPONSE TO MOTION TO DISMISS**


   COME NOW Plaintiffs Jennifer Kilgore and Shirley Howard, Individually, and on behalf of all others similarly situated, and file this their Response to Defendant's Motion to Dismiss and respectfully show unto the Court as follows:

                              I.

   The Plaintiffs' Complaint filed in this cause is sufficient to establish Article III standing to pursue a class action against the named Defendants including those affiliated with the City of Moss Point, Mississippi. The Complaint filed also adequately states the constitutional claims included therein, a claim for punitive damages, and allegations of fraud with requisite particularity.

II.

The Plaintiffs submit that no dismissal of the Complaint or claims for relief stated therein is appropriate in the premises. The Plaintiffs will file their Memorandum in Opposition to the Defendants Motion to Dismiss on or before April 3, 2025.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Jennifer Kilgore and Shirley Howard respectfully request that the Court deny the Defendants' Motion to Dismiss as to all particulars.

THIS THE _29th_ day of March, 2025.

Respectfully submitted


Jennifer Kilgore and Shirley Howard

Class representatives

__S/DCFUTCH_____


BY: David C. Futch

Attorney for Plaintiffs


DAVID CARSON FUTCH, ESQ.
P.O. BOX 1149
PASCAGOULA, MS 39568
PHONE: (228) 769-8391
FAX: (228) 769-9019
davidcarsonfutch@gmail.com
MSB #99382

Robert O'Dell, OF COUNSEL        ___S/R.E.O'DELL_____

P.O. Box 5206   Robert E. O'Dell
228-826-1555                    Attorney for Plaintiffs
Vancleave, MS 39565
MSB # 3905
robert7reo@yahoo.com