IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   SOUTHERN DIVISION


JENNIFER KILGORE, and SHIRLEY HOWARD
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                          PLAINTIFFS


VERSUS          CIVIL ACTION NO.:1:25-cv-55-LG-RPM


THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT
AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL
AND ELECTED CAPACITY AND THE MOSS POINT
CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY,
INTELLISAFE, LLC, JOHN DOES 1-10, AND
ACME COMPANIES 1-10
                                                    DEFENDANTS


**AMENDED RESPONSE TO MOTION TO DISMISS**


     COME NOW Plaintiffs Jennifer Kilgore and Shirley Howard,

Individually, and on behalf of all others similarly situated, and

file this their Amended Response to Defendant's Motion to Dismiss

and  respectfully show unto the Court as follows:

Plaintiffs file this Amended Response to Motion to Dismiss to

include the proper Certificate of Service. No other changes.

                              I.

     The Plaintiffs' Complaint filed in this cause is sufficient

to establish Article III standing to pursue a class action

against the named Defendants including those affiliated with the

City of Moss Point, Mississippi. The Complaint filed also

adequately states the constitutional claims included therein, a

claim for punitive damages, and allegations of fraud with requisite particularity.

II.

The Plaintiffs submit that no dismissal of the Complaint or claims for relief stated therein is appropriate in the premises. The Plaintiffs will file their Memorandum in Opposition to the Defendants Motion to Dismiss on or before April 3, 2025.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Jennifer Kilgore and Shirley Howard respectfully request that the Court deny the Defendants' Motion to Dismiss as to all particulars.

THIS THE _1st _day of April, 2025.

Respectfully submitted

Jennifer Kilgore and Shirley Howard

Class representatives

\_\_S/DCFUTCH_____

BY: David C. Futch

Attorney for Plaintiffs

DAVID CARSON FUTCH, ESQ.
P.O. BOX 1149
PASCAGOULA, MS 39568
PHONE: (228) 769-8391
FAX: (228) 769-9019
davidcarsonfutch@gmail.com
MSB #99382

Robert O'Dell, OF COUNSEL        \_\_\_S/R.E.O'DELL_____

P.O. Box 5206    Robert E. O'Dell
228-826-1555                     Attorney for Plaintiffs
Vancleave, MS 39565
MSB # 3905
robert7reo@yahoo.com

CERTIFICATE OF SERVICE

I, David Carson Futch, one of the attorneys for the Plaintiffs, do hereby certify that I have this date filed the above foregoing Memorandum in Support of Motion to Oppose Motion to Dismiss, with the Clerk of the Court using the ECF system to notify all counsel.

THIS THE 1st Day of April, 2025.

_____S/DCFUTCH__

BY: David C. Futch

Attorney for Plaintiffs

DAVID CARSON FUTCH, ESQ.
P.O. BOX 1149
PASCAGOULA, MS 39568
PHONE: (228) 769-8391
FAX: (228) 769-9019
davidcarsonfutch@gmail.com
MSB #99382

Robert O'Dell, OF COUNSEL          _____S/R.E.O'DELL__
P.O. Box 5206                        Robert E. O'Dell
228-826-1555                       Attorney for Plaintiffs
Vancleave, MS 39565
MSB # 3905
robert7reo@yahoo.com