IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER KILGORE, and SHIRLEY HOWARD
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED         PLAINTIFFS

VERSUS    CIVIL ACTION NO.:<u>1:25-cv-55-LG-RPM</u>

THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT
AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL
AND ELECTED CAPACITY AND THE MOSS POINT
CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY,
INTELLISAFE, LLC, JOHN DOES 1-10, AND
ACME COMPANIES 1-10
                   DEFENDANTS

## **MOTION TO ALLOW SUPPLEMENTAL FILING OF JOURNALISTIC ARTICLES IN OPPOSITION TO MOTIONS FOR DISMISSALS**

COME NOW Plaintiffs Jennifer Kilgore and Shirley Howard, individually, and on behalf of all others similarly situated, and file this their Motion for the Court to receive and consider to the contents of the four attached journalistic news articles of recent origin that have appeared in "GCWIRE.COM, Mississippi Gulf Coast Politics & Opinions", as follows:

Exhibit "A", Article dated May 16, 2025;

Fraud Under Color of Law  Ocean Springs Ran a Shadow Law Enforcement Program.

Exhibit "B", Article May 21, 2025; Secret Audio: City Attorney, Former Police Chief Runs Secret Courts Across State.

Exhibit "C", Article May 23, 2025; What a Tangled Web: The Power Players Behind Wilkerson's Ticket Empire.

Exhibit "D", Article May 26, 2025; Secret Contracts, Hidden Profits: Is JOE CLOYD The Man Behind Every Curtain?

Exhibit "E", E-mails between Plaintiff's counsel and Moss Point Municipal Court Clerk related to similarity of Moss Point system to that described in the articles.

In support hereof would show unto the Court as follows:

## I.

## **BRIEF SUMMARY**

That the referenced news articles contain information that is relevant and material to this case. Although some of the information is specific to activities of a company named Sucurix in the City of Ocean Springs, there are striking similarities to the activities of Defendants Intellisafe and the City of Moss Point, Mississippi, and as detailed in the articles, Intellisafe is simply a second iteration of Sucurix.

Plaintiffs seek to introduce these recent articles in the public domain by a local news organization that are relevant to the above cause of action. These articles are the result of an investigation conducted independently and without knowledge of present Counsel. Federal Rule of Evidence 902(6) allows introduction of "Newspapers and Periodicals printing material purporting to be a newspaper or periodical" that are relevant and material to a case. The contents of these materials should be

considered by the Court and the Court should overrule the Defendants' Motions and allow full discovery to proceed in order for the Plaintiffs to independently prove the extent to which the same or similar facts exist sub judice as detailed in these articles.

**II.**

**REQUIREMENTS FOR ADMISSIBILITY**

1. The information detailed in these articles is relevant as follows:

**(A) RELEVANCE and MATERIALITY:**

Intellisafe's prior iteration, Securix, LLC's, conduct in Exhibits A, B C and D is parallel and similar to the issues in the Plaintiffs' Complaint. Like Securix, Intellisafe has been acting as a quasi law enforcement agency with similar violations of law and constitutional rights.

**(B) AUTHENTICATION:**

As a news organization, if the GCWIRE.COM prints misleading or false information, it could be subject to litigation and damages for libel and/or defamation. Under Federal Rule 902 (6) this information is self-authenticating.

**III.**

**DISCOVERY OF ARTICLES**

Counsel for the Plaintiff randomly came across a series of articles that are the product of an investigative news

organization. The articles detail activities of persons and entities that are relevant and helpful serve the interests of justice in the premises. Many of the Defendants' "behind the scenes" actions having been exposed by these articles. Each article supports the Plaintiffs' claims made in their Complaint.

The Plaintiffs filed a Complaint in this cause seeking class certification for the victims of an unlawful ticketing scheme perpetuated by Defendant Intellisafe and the City of Moss Point. Since being duly served with process, rather than filing answers to the Complaint, the Defendants have simply filed a Motions to Dismiss.

Pending the Court's decision on the fate of their Complaint, articles have been published about how Defendant Intellisafe and a related company, Securix, LLC, has operated in other jurisdictions. These articles explain a complex web of deceit in other jurisdictions that closely follow the allegations in the instant Complaint that the Defendants seek to dismiss. Intellisafe is named in these articles, and if discovery proceeds in this case, more information may be revealed concerning its interactions with City of Moss Point.

From May 16, 2025 through May 26, 2025, on a local News Organization called, **"GCWIRE.COM, Mississippi Gulf Coast Politics & Opinions"**, in the local news division, printed a series of investigative reports as to the issues in the case at bar. These public articles detail the custom and practice of Securix, LLC,

alleged by Plaintiffs to be the precursor and/or related company to Intellisafe, LLC, as to process and methodology in implementing a revenue stream through official law enforcement, but completely run and managed by the private concerns.

The following are summaries of each article:

**IV.**

**Article May 16,2025**

**"Fraud Under Color of Law" Ocean Springs Ran a**

**Shadow Law Enforcement Program**

In this article the reporter had filed a public records request from an actual ticket issued by Securix. It describes how the tickets issued in the Ocean Springs case were not run through the Municipal Court system. They had no official court numbers and the tickets were run by Securix, just like those in Moss Point by Intellisafe. Upon information and belief of the Plaintiffs that Moss Point also does not assign official court numbers as they do not enter the court system. See Exhibit "A" GCWIRE.COM Article May 16, 2025. 10 Pages. Also See Exhibit "E", e-mail from clerk verifying that no court numbers exist in Moss Point Municipal Court as to Intellisafe ticketing.

**V.**

**Article May 21, 2025**

**Secret Audio: City Attorney, Former Police**

**Chief runs Secret Courts across State**

This article details the illegality of Intellisafe's actions

in the Cities of Moss Point and Hattiesburg, Mississippi as they continue operations like those of Securix in Ocean Springs. Specifically detailed is the fact that there was no judicial oversight in Ocean Springs; which is exactly what has occurred in Moss Point, as involving the same principals who were involved with Securix as metamorphosed into Intellisafe.

See Exhibit "B" Gcwire Article May 21,2025. 6 pages.

**VI.**

**Article May 23, 2025**

**What a Tangled Web: The Power Players**

**Behind Wilkerson's Ticket Empire**

This article details the people that are behind the acts that the Plaintiff's complain off in their Complaint. It shows how Securix became Intellisafe, with the same actors and same scheme to make money. It exposes the various individuals that helped to further the scheme as to both companies, Securix and Intellisafe. Under the headers, "Enter Intellisafe and The Web of Players", article author Rose describes how nine different actors tie the activities of Securix to those of its successor company Intellisafe.

See Exhibit "C", What a Tangled Web: The Power Players Behind Wikerson's Ticket Empire. 6 pages.

**VII.**

**Article May 26, 2025**

**Secret Contracts, Hidden Profits: is**

**Joe Cloyd the Man Behind Every Curtain?**

This article, dated May 26, 2025, details how Defendant Intellisafe revamped Securix after it was challenged and discontinued, and the same principals formed the company that is now Defendant Intellisafe. Specifically, it states that: "[a]fter the collapse of Sucurix, [Robert] Wilkerson and [Mark]Dunston didn't walk away from the traffic ticket business,-they just rebranded it. In late 2023, the pair quietly launched a new enforcement company called Intellisafe, aiming to replicate the same automated citation model that sparked outrage across Ocean Springs." The article further describes Ocean Springs School Board President Joe Cloyd's involvement in both companies, including their shared same business address of 929 Washington Avenue (Ocean Springs, Mississippi.)  See Exhibit "D" Secret Contracts, Hidden Profits: Is Joe Cloyd The Man Behind Every Curtain? 5 pages.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Jennifer Kilgore and Shirley Howard respectfully request that the Court allow the news articles submitted as Exhibits A, B, C, D and E be allowed as evidence pertinent to consideration of Defendant Intellisafe, LLC's and the City of Moss Point's Motions to Dismiss or in the Alternative, Motion to Stay, as to all particulars.

THIS THE _27th_ _day of May, 2025.

                    Respectfully submitted

                    Jennifer Kilgore and Shirley Howard

                    Class representatives

                    __S/DCFUTCH_____

                    BY: David C. Futch

Attorney for Plaintiffs
DAVID CARSON FUTCH, ESQ.
P.O. BOX 1149
PASCAGOULA, MS 39568
PHONE: (228) 769-8391
FAX: (228) 769-9019
davidcarsonfutch@gmail.com
MSB #99382

Robert O'Dell, OF COUNSEL   ___S/R.E.O'DELL_____
P.O. Box 5206   Robert E. O'Dell
228-826-1555                Attorney for Plaintiffs
Vancleave, MS 39565
MSB # 3905
robert7reo@yahoo.com

CERTIFICATE OF SERVICE

I, David Carson Futch, one of the attorneys for the Plaintiffs, do hereby certify that I have this date filed the above foregoing Motion to Introduce Recent Newspaper Articles Relevant to This Case under Federal Rule 902(6) with the Clerk of the Court using the ECF system to notify all counsel.

THIS THE 27th Day of May, 2025.

_____S/DCFUTCH\_\_

BY: David C. Futch

Attorney for Plaintiffs

DAVID CARSON FUTCH, ESQ.
P.O. BOX 1149
PASCAGOULA, MS 39568
PHONE: (228) 769-8391
FAX: (228) 769-9019
davidcarsonfutch@gmail.com
MSB #99382

Robert O'Dell, OF COUNSEL         _____S/R.E.O'DELL\_\_
P.O. Box 5206                          Robert E. O'Dell
228-826-1555                          Attorney for Plaintiffs
Vancleave, MS 39565
MSB # 3905
robert7reo@yahoo.com