IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER KILGORE, AND SHIRLEY HOWARD
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED                                    PLAINTIFFS

VERSUS                                    CIVIL ACTION NO.: 1:25-cv-55-LG-RPM

THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT
AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL
AND ELECTED CAPACITY AND THE MOSS POINT
CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY,
INTELLISAFE, LLC, JOHN DOES 1-10,
AND ACME COMPAINES 1-10                                          DEFENDANTS

## MOTION TO DISMISS, OR ALTERNATIVELY, TO CONSOLIDATE

COMES NOW, the Defendants, **THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL AND ELECTED CAPACITY AND THE MOSS POINT CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY** ("the City Defendants"), by and through their attorneys, and file this, their Motion to Dismiss, or Alternatively, to Consolidate and would show unto the Court, as follows:

I.

The Court should dismiss the complaint with the case style: *Mike and Sandra Overby and on Behalf of All Others Similarly Situated v. The City of Moss Point, and the Moss Point Chief of Police, in his Official Capacity*; 1:25-cv-00281-LG-RPM ("the Overby suit"). The Overby suit is duplicative of this case (the "Kilgore suit"), seeking the same relief and asserting the same claims against the same defendants. This Court is the proper court to hear the Motion to Dismiss the Overby suit, and the

Court should dismiss the Overbys' complaint for failure to state a claim under Rules 12(b)(6) and 9(b), and to prevent duplication of declaratory actions.

## II.

Alternatively, the Court should consolidate the Overby suit pursuant to Rule 42 as it involves the same parties and same claims in the Kilgore suit. Moreover, Plaintiffs' counsel, David Futch, is already seeking Declaratory Judgment in the Kilgore suit on behalf of the putative class that would include the Overbys. Accordingly, consolidation would prevent the duplication of efforts, waste of resources and expenses, expedite matters, and to prevent the risk of prejudice or confusion.

## III.

The City Defendants submit herewith an accompanying Memorandum, incorporated herein by reference.

**WHEREFORE, PREMISES CONSIDERED**, the Defendants, **THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL AND ELECTED CAPACITY AND THE MOSS POINT CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY** respectfully request that this Court dismiss the Plaintiffs' Complaint and relief requested therein, or alternatively consolidate the cases.

**DATED** this the ___19th___ day of ___September___, 2025.

        Respectfully submitted,

        BRYAN, NELSON, SCHROEDER,
        CASTIGLIOLA & BANAHAN, PLLC
        Attorneys for Defendants,

        **THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT AND THE CITY**

          **ALDERMEN, EACH IN THEIR OFFICIAL AND ELECTED CAPACITY AND THE MOSS POINT CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY**

BY: <u>/s/ John A. Banahan</u>
    **JOHN A. BANAHAN (MSB 1731)**
    **JILLIAN S. VICE (MSB 106708)**

**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Tele: (228) 762-6631
Fax: (228)769-6392
john@bnscb.com
jillian@bnscb.com

## CERTIFICATE OF SERVICE

I, **JOHN A. BANAHAN**, one of the attorneys for the Defendants, **THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL AND ELECTED CAPACITY AND THE MOSS POINT CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY**, do hereby certify that I have this date electronically filed the foregoing Motion to Dismiss, or Alternatively, to Consolidate with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

**DATED:** September 19, 2025

/s/ John A. Banahan
**JOHN A. BANAHAN (MSB 1731)**

**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
john@bnscb.com