IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER KILGORE, and SHIRLEY HOWARD
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                                                              PLAINTIFFS

VERSUS                                                CIVIL ACTION NO. 1:25CV55-TBM-RPM

THE CITY OF MOSS POINT, MAYOR BILLY KNIGHT
AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL
AND ELECTED CAPACITY AND THE MOSS POINT
CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY,
INTELLISAFE, LLC, JOHN DOES 1-10, AND
ACME COMPANIES 1-10                                                                    DEFENDANTS
_____

**DEFENDANT, INTELLISAFE, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY**
_____

      Defendant, Intellisafe, LLC ("Defendant") hereby submits this notice of supplemental authority regarding a recent decision in the Eastern Division for the Southern District of Mississippi, attached as Exhibit A. In that case, the court granted a motion to dismiss under analogous circumstances.

      The facts of *Mallory v. City of Hattiesburg, et. al*, Civil Action No. 2:25-cv-10-KS-BWR (Ex. A), are similar to the case at hand and likewise name the municipality, city officials, and Intellisafe, LLC as defendants. Both cases stem from the municipalities' usage of Intellisafe, LLC's speeding enforcement system. The *Mallory* defendants moved for dismissal circa March 2025, and the court granted said motions on October 14, 2025 finding a lack of standing, failure to state claims for substantive or procedural due process violations, failure to state a claim for violation of equal protection, failure to establish municipal liability, and failure to state a claim against the individual defendants. The court also declined to exercise supplemental jurisdiction over the state law claims and stated that any attempt to amend would be futile. Finally, the *Mallory*

court declined to address the plaintiff's request for class certification because the plaintiff lacked standing and failed to state cognizable constitutional claims.

Thus, the *Mallory* case is relevant to the case at hand, and this Court should be notified accordingly.

Respectfully submitted, this the 24th day of October, 2025.

                INTELLISAFE, LLC, *Defendant*

                /s/ *S. Mitchell McCauley*
BY:  _____
                ROBERT W. WILKINSON (MSB No. 7215)
                S. MITCHELL MCCAULEY (MSB No. 106498)
                Wilkinson, Williams, Bosio & Sessoms, PLLC
                734 Delmas Avenue (39567)
                Post Office Box 1618
                Pascagoula, MS 39568-1618
                Tel: (228) 762-2272
                Fax: (228) 762-3223
                rwilkinson@wwbslaw.com
                mmccauley@wwbslaw.com