IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER KILGORE and SHIRLEY HOWARD, Individually and on behalf of all others similarly situated | PLAINTIFFS |
| v. | CAUSE NO. 1:25cv55-LG-RPM |
| THE CITY OF MOSS POINT; MAYOR BILLY KNIGHT AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL AND ELECTED CAPACITY; THE MOSS POINT CHIEF OF POLICE, in his official capacity; INTELLISAFE, LLC; JOHN DOES 1–10; and ACME COMPANIES 1–10 | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| MIKE OVERBY and SANDRA OVERBY, Individually and on behalf of all others similarly situated | PLAINTIFFS |
| v. | CAUSE NO. 1:25cv281-LG-RPM |
| THE CITY OF MOSS POINT and THE MOSS POINT CHIEF OF POLICE, in his official capacity | DEFENDANTS |

### ORDER GRANTING PLAINTIFFS MIKE AND SANDRA OVERBY TIME TO RESPOND TO DEFENDANTS' [32] MOTION TO DISMISS

**BEFORE THE COURT** is the [32] Motion to Dismiss filed by the City of

Moss Point, Mayor Billy Knight, the City Aldermen, and the Moss Point Chief of

Police. The Motion seeks dismissal of the claims asserted by Mike and Sandra Overby in Cause No. 1:25cv281-LG-RPM (hereafter "the Overby case"). However, the Motion was filed in cause number 1:25cv55-LG-RPM, which was assigned to a similar case filed by Jennifer Kilgore and Shirley Howard (hereafter "the Kilgore case"). The cases were consolidated after the [32] Motion to Dismiss was filed.

The Court hereby notifies the plaintiffs in the Overby case that it will now consider Defendants' [32] Motion to Dismiss their Complaint. As a result, the Court will grant the Overbys time to file a response and supporting memorandum to the Motion. Defendants will also be permitted to file a reply in support of their Motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [32] Motion to Dismiss filed by the City of Moss Point is **TAKEN UNDER ADVISEMENT**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Mike and Sandra Overby may file a response to the [32] Motion to Dismiss, along with a supporting memorandum, by **March 25, 2026**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants may file a reply in support of their [32] Motion by **March 30, 2026, at 12:00 p.m.**

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2026.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge