IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER KILGORE and SHIRLEY HOWARD, Individually and on behalf of all others similarly situated | PLAINTIFFS |
| v. | CAUSE NO. 1:25cv55-LG-RPM |
| THE CITY OF MOSS POINT; MAYOR BILLY KNIGHT AND THE CITY ALDERMEN, EACH IN THEIR OFFICIAL AND ELECTED CAPACITY; THE MOSS POINT CHIEF OF POLICE, in his official capacity; INTELLISAFE, LLC; JOHN DOES 1–10; and ACME COMPANIES 1–10 | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| MIKE OVERBY and SANDRA OVERBY, Individually and on behalf of all others similar | PLAINTIFFS |
| v. | CAUSE NO. 1:25cv281-LG-RPM |
| THE CITY OF MOSS POINT and THE MOSS POINT CHIEF OF POLICE, in his official capacity | DEFENDANTS |

**ORDER GRANTING THE MOSS POINT DEFENDANTS' MOTION
TO DISMISS LAWSUIT FILED BY MIKE AND SANDRA OVERBY**

**BEFORE THE COURT** is the [32] Motion to Dismiss as duplicative the

lawsuit filed by Mike and Sandra Overby against the City of Moss Point and the

Moss Point Chief of Police in his official capacity.  During a telephone conference

-2-

held on March 20, 2026, Counsel for Mike and Sandra Overby informed the Court that the Overbys concede their lawsuit is duplicative of the lead case filed by Jennifer Kilgore and Shirley Howard.  As a result, all of the parties to these consolidated class actions have agreed that the Overby lawsuit should be dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [32] Motion to Dismiss filed by the Moss Point Defendants is **GRANTED**.  The lawsuit filed by Mike and Sandra Overby against the City of Moss Point and the Moss Point Chief of Police in his official capacity, which has been assigned cause number 1:25cv281-LG-RPM, is hereby **DISMISSED WITHOUT PREJUDICE** as duplicative.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE