STATE OF MISSISSIPPI
COUNTY OF JACKSON

## AFFIDAVIT

Before me the undersigned authority, a Notary Public in and for said State of Mississippi at large, personally appeared Clerk of Court Ashley Gardner, who is known to me, and who having been first duly sworn by me; now deposes, declares, and states as follows:

1. My name is Ashley Gardner. I am an adult resident of Jackson County, Mississippi. I have personal knowledge of the following facts.

2. I am the Clerk of Court for the City of Moss Point, Mississippi.

3. Upon issuance of citation, the city prosecutor would review the video evidence, and if the prosecutor could not determine the driver of the speeding vehicle, the citation would be dismissed.

4. The citation issued to Jennifer Kilgore on or about December 18, 2024, was dismissed at the request of the prosecutor on April 15, 2025.

5. Every unpaid and/or challenged citation for speeding within the City of Moss Point, Mississippi issued with assistance of Intellisafe, LLC camera software has been dismissed.

FURTHER AFFIANT SAITH NOT.

Dated, this the _____ day of March 2026.

_____
ASHLEY GARDNER

EXHIBIT "1"

**STATE OF MISSISSIPPI**
**COUNTY OF JACKSON**

Before me, a Notary Public in and for said County and State, appeared Ashley Gardner, who is known to me and who, after being duly sworn, states and declares she has read and understands the foregoing Affidavit, and the facts stated in the Affidavit are true and correct, and the Affidavit is based on personal knowledge.

Dated, this the _26th_ day of March 2026.

_Crystal D. Rodgers_
**NOTARY PUBLIC**

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 325262
CRYSTAL D. RODGERS
Commission Expires
July 5, 2026
JACKSON COUNTY