**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JENNIFER KILGORE,
individually and on behalf
of all others similarly
situated                                                                PLAINTIFFS

v.                                                        CAUSE NO. 1:25cv55-LG-RPM

THE CITY OF MOSS POINT;
MAYOR BILLY KNIGHT
AND THE CITY
ALDERMEN, EACH IN
THEIR OFFICIAL AND
ELECTED CAPACITY;
INTELLISAFE, LLC;
JOHN DOES 1–10; and
ACME COMPANIES 1–10                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the Order Granting Plaintiff's Rule 41(a) Motion to

Dismiss, which is entered herewith,

**IT IS ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED**

**WITH PREJUDICE** with each party to bear its own costs and fees.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE